J S - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARGARET DUENAS,

Plaintiff,

v.

THE CBE GROUP, INC.; and
DOES 1-10 inclusive,

Defendant.

Case No. 5:23-cv-02307-SSS-SPx

**ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: January 18, 2024

_____
Sunshine S. Sykes
U.S. District Judge

Order to Dismiss - 1